FILED
CLERK, U.S. DISTRICT COURT
8/10/2026
CENTRAL DISTRICT OF CALIFORNIA
BY jji DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

HECTOR GUTIERREZ

PLAINTIFF/PETITIONER

v.

CITY OF INGLEWOOD, OFFICER NASSAR

DEFENDANT/RESPONDENT

CASE NUMBER

2:26-cv-09046-MCS-AS

**REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT**

I, HECTOR GUTIERREZ declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you currently employed? ☐ Yes ☑ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer: ______

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. ______

2. Have you received, *within the past twelve months*, any money from any of the following sources?

| | | |
|---|---|---|
| Public benefits? | ☑ Yes | ☐ No |
| Business, profession or form of self-employment? | ☐ Yes | ☑ No |
| Rent payments, interest or dividends? | ☐ Yes | ☑ No |
| Pensions, annuities or life insurance payments? | ☐ Yes | ☑ No |
| Gifts or inheritances? | ☐ Yes | ☑ No |
| Any other income (other than listed above)? | ☑ Yes | ☐ No |
| Loans? | ☐ Yes | ☑ No |
| Any other income (other than listed above)? | ☐ Yes | ☑ No |

If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: GR-$121.00

3. Do you own any cash, or do you have money in a checking or savings account? (include any funds in prison accounts, if applicable) ☐ Yes ☑ No

If the answer is yes, identify each account and separately state the amount of money in each account for each of the *six (6) months* prior to the date of this declaration. ____________

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No

If you answer is yes, describe the property and state its approximate value: STOCKS-$2000.00

5. In what year did you last file an Income Tax Return? 2012

Approximately how much income did your last return reflect? $ 25,000

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: ____________

7. Estimate your average monthly expenses below:

| | | | |
|---|---|---|---|
| Housing | 575.00 | Credit Cards | |
| Transportation | 100 | Child Care | |
| Food | 200 | Insurance | |
| Medical | | Loans | |
| Utilities | | Other | |

CALIFORNIA
State

LOS ANGELES
County (or City)

**I,** HECTOR GUTIERREZ **declare under penalty of perjury that the foregoing is true and correct. Executed on:**

August 10, 2026
Date

[signature]
Plaintiff (Signature)