FILED
CLERK, U.S. DISTRICT COURT
8/10/2026
CENTRAL DISTRICT OF CALIFORNIA
BY jji DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Hector Gutierrez
1015 Rosewood Ave.
Inglewood, CA 90301
(424) 200-1504
heg254@aol.com
Plaintiff in Pro Se

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| HECTOR GUTIERREZ,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF INGLEWOOD, A MUNICIPAL CORPORATION; OFFICER NASSAR, INDIVIDUALLY; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Case No.: 2:26-cv-09046-MCS-AS<br><br>NOTICE OF INTERESTED PARTIES (L.R. 7.1-1) |

**NOTICE OF INTERESTED PARTIES**

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The undersigned, Plaintiff HECTOR GUTIERREZ, appearing in pro se, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

**HECTOR GUTIERREZ**

Plaintiff. Party to the action.

**CITY OF INGLEWOOD**

Defendant. A municipal corporation, and the public entity that employs the individual Defendant. Potentially liable for a judgment on the Fourth Count, and potentially obligated to defend and to indemnify the individual Defendant.

**OFFICER NASSAR**

Defendant. A sworn peace officer employed by the City of Inglewood, sued in his individual capacity. Potentially liable for a judgment on the First, Second, and Third Counts.

**DOES 1 through 10**

Defendants whose true names and capacities are unknown to Plaintiff.

Plaintiff is informed and believes, and on that basis alleges, that the CITY OF INGLEWOOD may be self-insured, may participate in a joint powers authority or other risk-sharing pool, or may be covered by one or more policies of liability insurance, and that any such insurer, pool, or authority may be liable in whole or in part, directly or indirectly, for a judgment in this action or for the cost of defense. The identity of any such insurer, pool, or authority is not presently known

to Plaintiff. Plaintiff will promptly file an amended Notice upon ascertaining it.

Plaintiff is unaware of any other person or entity with a pecuniary interest in the outcome of this case. Plaintiff will promptly file an amended Notice if any material change occurs in the status of interested parties.

Dated: August 10, 2026.

Respectfully submitted,

Hector Gutierrez
1015 Rosewood Ave.
Inglewood, CA 90301
(424) 200-1504
heg254@aol.com
Plaintiff in Pro Se